# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 25, 2014

## NO. 03-13-00388-CV

**Janos Farkas, Appellant**

**v.**

**Second Congress, Ltd., Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the trial court on May 6, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.